UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-10822
_____

IN THE MATTER OF:  JACK COLE,

Debtor.

JACK COLE,

Appellant,

versus

RAY PAYNE; DIANE PAYNE,

Appellees.

_____

Appeal from the United States District Court for the
Northern District of Texas
(3:94-CV-2013-R)
_____

April 9, 1996

Before REAVLEY, GARWOOD and JOLLY, Circuit Judges.

PER CURIAM:[*]

     This Court accepts jurisdiction under the rationale of *Matter of Cajun Electric Power Coop., Inc.,* 69 F.3d 746 (5th Cir. 1995), but, after considering the briefs, arguments, and relevant portions of the record, this Court affirms the district court's judgment essentially for the reasons given by that court.

---

     [*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.